IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KENNETH GREGORY WILLIAMS,**                    09-CV-799-AC

        Plaintiff,                                ORDER

v.

**STEVE SHELTON, Oregon
Department of Corrections
Health Service Director; MAY
RAINSM (CCCI) Health Service
Manager; D. SNIDER (CCCI);
DOUG BUTLER (ODOC) Health
Service Pharmacist,**

        Defendants.

**KENNETH GREGORY WILLIAMS**
4202792
Oregon State Penitentiary
2605 State Street
Salem, OR 97310-0505

        Plaintiff, *Pro Se*

1 - ORDER

**JOHN KROGER**
Attorney General
**LEONARD W. WILLIAMSON**
**ANDREW D. HALLMAN**
Assistant Attorneys General
State of Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301
(503) 947-4700

      Attorneys for Defendants

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#36) on February 24, 2010, in which he recommended the Court grant in part and deny in part Defendants' Motion (#14) to Dismiss for Failure to Exhaust. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

    In his Objections, Plaintiff reiterates the arguments in his Memorandum in Opposition to Defendants' Motion to Dismiss. This Court has carefully considered Plaintiff's Objections and

2 - ORDER

concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#36) and, accordingly, **GRANTS** Defendants' Motion (#14) to Dismiss for Failure to Exhaust as to Plaintiff's claims based on Grievance No. M08-12-29 and **DENIES** Defendants' Motion (#14) as to Plaintiff's claims based on his January 10, 2009, discrimination complaint.

IT IS SO ORDERED.

DATED this 11th day of May, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER